IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC a/s/o M.B., <br><br> Plaintiffs, <br><br> v. <br><br> HORIZON BLUE CROSS BLUE SHIELD OF NJ; ABC CORP. (1-10)(Said names being fictitious and unknown entities) <br><br> Defendants. | CIVIL ACTION NO.: 12-2752-SRC(CLW) <br><br> **CONSENT ORDER TO REMAND TO STATE COURT** |

It is on this 11 day of July 2013:

**ORDERED** that this matter is remanded to the Superior Court of New Jersey.

Massood & Bronsnick, LLC

Connell Foley, LLP

_____
Andrew R. Bronsnick, Esq.
*Attorney for Plaintiffs*

_____
Matthew A. Baker, Esq.
*Attorney for Horizon Blue Cross Blue Shield of New Jersey*

_____
Judge Stanley R. Chesler, U.S.D.J.

2939090-01