| | UNITED STATES DISTRICT COURT<br>MARTIN LUTHER KING, JR.<br>FEDERAL BLD & U.S. COURTHOUSE<br>50 WALNUT STREET<br>P.O. BOX 419<br>NEWARK, N.J. 07101-0419 | CAMDEN OFFICE<br>USPO & Courthouse<br>401 Market Street<br>Camden, N.J. 08101 |
|---|---|---|
| William T. Walsh<br>Clerk | | TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

RECEIVED
JUL 19 2013
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

REPLY TO: Newark

Date: July 12, 2013

CLERK
Bergen County Superior Court
of New Jersey
10 Main Street
Hackensack, NJ 07601

    Re:  **MONTVALE SURGICAL CENTER, LLC. et al v. HORIZON BLUE CROSS BLUE SHIELD OF NJ et al**
        Your DC-008096-12
        USDC No. 2:12-cv-02752-SRC-CLW

Dear Sir/Madam:

    Pursuant to Order of Remand entered in above matter, enclosed please find one Certified copy of Order of Remand and one Certified copy of docket sheets.

    Kindly acknowledge receipt on copy of this letter.

                                  Very truly yours,

                                  William T. Walsh, Clerk

                     by: *[signature]*
                             Dina M. Daggett
                             Deputy Clerk

Enclosure
cc: All counsel/parties

RECEIPT IS ACKNOWLEDGED THIS _16_ DAY OF ___July___, 2013